**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNIWIRE TRADING LLC,

          Plaintiff,

  - against -

M/V WLADYSLAW ORKAN, her
engines, boilers, etc., CHINESE-POLISH JOINT
STOCK SHIPPING COMPANY and STEMBLAR
SHIPPING COMPANY,

          Defendants.
-----------------------------------------------------------X

07 Civ.



**STATEMENT RULE 7.1**

07 cv 3427

    Pursuant To Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

                        NONE

April 30, 2007
Date

                                  Signature of Attorney
                                  JAMES F. SWEENEY (7745)