UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNIWIRE TRADING LLC,<br>　　　　　　　　　Plaintiff, | CERTIFICATE OF MAILING |
| -V- | |
| M/V WLADYSLAW ORKAN, her engines, boilers, etc.,<br>CHINESE-POLISH JOINT STOCK SHIPPING COMPANY<br>and STEMBLAR SHIPPING COMPANY<br>　　　　　　　　　Defendants. | 07 CV 3427 (NRB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**30th day of April, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**30th day of April, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8605 9889 9111**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_J. Michael McMahon_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

April 30, 2007
Page 2

## FedEx International Air Waybill

/0030/0100/0035595433/7

**Sender's Copy**

**1 From**
Date: 04/30/07
Sender's FedEx Account Number: 2035-2671-7
Sender's Name: JAMES F. SWEENEY, ESQ.
Phone: 212 220-3830
Company: NICOLETTI HORNIG, ETC
Address: 88 PINE ST FL 7
City: NEW YORK
State/Province: NY
Country: US
ZIP/Postal Code: 10005

**2 To**
Company: CHINESE-POLISH JOINT STOCK SHIPPING COMPANY
Address: 55 YANAN ROAD EAST
City: 200002 SHANGHAI
Country: CHINA
ZIP/Postal Code: POB 002-047

**3 Shipment Information**
Total Packages: 1
Total Weight: 8 oz / lbs
Commodity Description: Business Correspondence
Country of Manufacture: USA

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Envelope

**7a Payment** Bill transportation charges to:
[X] Sender Acct. No.

**7b Payment** Bill duties and taxes to:
[X] Sender Acct. No.

**8 Your Internal Billing Reference**
92000047 JFS

FedEx Tracking Number: 8605 9889 9111
Form ID No.: 0402

521