UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UNIWIRE TRADING LLC,
                Plaintiff,

-V-

M/V WLADYSLAW ORKAN, her engines, boilers, etc.,
CHINESE-POLISH JOINT STOCK SHIPPING COMPANY
and STEMBLAR SHIPPING COMPANY
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 3427 (NRB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**30th day of April, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**30th day of April, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8605 9889 9100**

                                                                                *J. Michael McMahon*
                                                                                                             CLERK

Dated: New York, NY

April 30, 2007
Page 2

## FedEx International Air Waybill

/0029/0100/0035595433/0    **Sender's Copy**

**1 From** Please print and press hard.

Date: 04/30/07
Sender's FedEx Account Number: 2035-2671-7
Sender's Name: JAMES F. SWEENEY, ESQ.
Phone: 212 220-3830
Company: NICOLETTI HORNIG, ETC
Address: 88 PINE ST FL 7
City: NEW YORK    State/Province: NY
Country: US    ZIP/Postal Code: 10005

**2 To**

Recipient's Name:
Company: STEMBLAR SHIPPING COMPANY LIMITED
c/o Chinese-Polish Joint Stock Shipping Co.
Address: Gong Shang Lian Da Sha    26-28th Floors
Address: 61 Yan'an Donglu
City: Shanghai
Country: CHINA    ZIP/Postal Code: 20000

**3 Shipment Information**

Total Packages: 1
Total Weight: 8 ~~kg~~

Commodity Description: Business Correspondence
Country of Manufacture: USA

**4 Express Package Service** — FedEx Intl. Priority [X]

**5 Packaging** — FedEx Envelope [X]

**7a Payment** Bill transportation charges to: Sender [X]

**Payment** Bill duties and taxes to: Sender [X]

**8 Your Internal Billing Reference:** 92000047 JFS

FedEx Tracking Number: 8605 9889 9100
Form ID No.: 0402

521