297-06/ROSS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for CHINESE-POLISH
JOINT STOCK SHIPPING COMPANY and
STEMBLAR SHIPPING COMPANY LIMITED
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNIWIRE TRADING LLC,

                Plaintiff,

   - against --

M/V WLADYSLAW ORKAN, her engines,
boilers, etc., CHINESE-POLISH JOINT STOCK
SHIPPING COMPANY and STEMBLAR
SHIPPING COMPANY LIMITED,

                Defendants
------------------------------------------------------------

ECF Case

07 CV 3427 (NRB)

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 Statement of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants CHINESE-POLISH JOINT STOCK SHIPPING COMPANY and STEMBLAR SHIPPING COMPANY LIMITED certify that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: New York, New York
       May 30, 2007

                             FREEHILL, HOGAN & MAHAR LLP
                             Attorneys for Defendants CHINESE-POLISH
                             JOINT STOCK SHIPPING COMPANY and
                             STEMBLAR SHIPPING COMPANY LIMITED

                             By: *[signature]*
                                James L. Ross
                                80 Pine Street
                                New York, New York 10005
                                Tel: 212 425 1900
                                Fax: 212 425 1901

NYDOCS1/284152.1