## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     : ss.:
COUNTY OF NEW YORK   :

      LINDA URBANOWICZ, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005. On May 30, 2007, deponent served the within **ANSWER TO VERIFIED COMPLAINT** upon:

      NICOLETTI HORNIG CAMPISE SWEENEY
      Wall Street Plaza
      88 Pine Street, 7th floor
      New York, New York 10005
      Attn: James F. Sweeney, Esq.

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      _____
      LINDA URBANOWICZ

Sworn to before me on the
30th day of May 2007

_____
NOTARY PUBLIC

MARTHA L. BROWN
Notary Public, State of New York
No. 01BR6087399
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 10, 2009

NYDOCS1/284153.1