**MEMO ENDORSED**

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.*
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVE.
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

July 9, 2007

Our ref: 297-06/ROSS

**VIA FAX NO: 212 805 7927**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Suite 2270
New York, New York 10007

      RE:  Uniwire Trading LLC v. M/V WLADYSLAW ORKAN, et al.
           07 CV 3427 (NRB)

Dear Judge Buchwald:

    We represent the Defendants named in the captioned litigation, which is scheduled for the initial Court conference on July 12, 2007 at 4:30 P.M. Unfortunately, the undersigned has a conflict and cannot attend on this date. Under the circumstances, we respectfully ask that the Court grant a one week adjournment of this conference. We have conferred with opposing counsel and they have no objection. Both they and we are available on July 16, 18 or the morning of July 19, if any of these dates are convenient for the Court.

    We look forward to hearing from you and thank you in advance for your consideration.

                    Respectfully submitted,
                    FREEHILL HOGAN & MAHAR, LLP

                    James L. Ross

ROSS:ln

*So ordered. Adjourned until 7/16/07 @ 4:00 PM*

NYDOCS1/286443.1

cc:  Nicoletti Hornig & Sweeney
    Attention: James F. Sweeney, Esq.
    Ref: 92000047 JFS
    **Fax: 212 220 3780**