

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, NJ 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

September 20, 2007

Our ref: 297-06/ROSS

**VIA FAX NO: 212 805 7927**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Suite 2270
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
SEP 20 2007
UNITED STATES D...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

RE: Uniwire Trading LLC v. M/V WLADYSLAW ORKAN, et al.
07 CV 3427 (NRB)

Dear Judge Buchwald:

We represent the Defendants in the captioned litigation. Recently, the Court granted us telephonic permission to file a Motion to Dismiss on the basis of a foreign forum selection clause contained in the ocean bill of lading contract of carriage. In conjunction with this Motion, we will need evidence from a Polish attorney in support of the Motion.

After conferring with counsel for Plaintiff, we agreed to propose the following briefing schedule for your consideration:

October 18, 2007.........Motion to be filed;
November 9, 2007.......Opposition papers are due; and
November 23, 2007 ... Reply to the Opposition papers are due.

So Ordered.
[signature]
USDJ
9/24/07

NYDOCS1/290646.1

2

Under the circumstances, we respectfully ask that the Court adopt the aforementioned proposed briefing schedule and thank you in advance for your anticipated cooperation.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

James L. Ross

ROSS:lu

cc: Nicoletti Hornig & Sweeney
Attention: James F. Sweeney, Esq.
Ref: 92000047 JFS
Fax: 212 220 3780