297-06/ROSS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for CHINESE-POLISH JOINT
STOCK SHIPPING COMPANY and
STEMBLAR SHIPPING COMPANY LIMITED
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNIWIRE TRADING LLC., | ECF Case |
| Plaintiff, | |
| | 07 CV 3427 (NRB) |
| - against - | |
| M/V WLADYSLAW ORKAN, her engines, boilers, etc., CHINESE-POLISH JOINT STOCK SHIPPING COMPANY and STEMBLAR SHIPPING COMPANY LIMITED, | **NOTICE OF MOTION TO DISMISS THE VERIFIED COMPLAINT PURSUANT TO RULE 12(b)(6)** |
| Defendants | |

------------------------------------------------------------x

S I R S:

PLEASE TAKE NOTICE, that upon the accompanying Declaration of RADOSLAW CHMIELINSKI dated October 15, 2007, Exhibits A through E, the Memorandum of Law, and the pleadings and proceedings herein to date, the Defendants CHINESE-POLISH JOINT STOCK SHIPPING COMPANY ("CPJS") and STEMBLAR SHIPPING COMPANY LIMITED ("STEMBLAR") move this Court pursuant to Rule 12(b)(6) for a judgment on the pleadings seeking a dismissal of the Verified Complaint of the Plaintiff herein on the ground that the mandatory jurisdiction clause contained in the

ocean bill of lading contract of carriage requires any litigation against CPJS and STEMBLAR to be brought before the District Court of Gdansk, Poland.

Pursuant to the September 24, 2007 order of the Court, this Motion is to be filed by October 18, 2007, opposition papers are due by November 9, 2007 and a Reply to the opposition papers are due on November 23, 2007.

Dated:  New York, New York
        October 18, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Defendants CHINESE-
                                    POLISH JOINT STOCK SHIPPING
                                    COMPANY and STEMBLAR
                                    SHIPPING COMPANY LIMITED


                            BY:     _____
                                    JAMES L. ROSS (JR 6411)
                                    80 Pine Street
                                    New York, New York 10005
                                    (212) 425-1900

TO:   Nicoletti Hornig & Sweeney
      Attention: James F. Sweeney, Esq.
      Ref: 92000047 JFS