## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        :
                         : ss.:
COUNTY OF NEW YORK       :

      LINDA URBANOWICZ, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005. On October 18, 2007, deponent served the within **NOTICE OF MOTION TO DISMISS THE VERIFIED COMPLAINT PURSUANT TO RULE 12(b)(6), MEMORANDUM OF LAW, and DECLARATION OF RADOSLAW CHMIELINSKI, with Exhibits** by electronically filing same with the Court:

      NICOLETTI HORNIG CAMPISE SWEENEY
      Wall Street Plaza
      88 Pine Street, 7th floor
      New York, New York 10005
      Attn: James F. Sweeney, Esq.

_____
LINDA URBANOWICZ

Sworn to before me on the
18th day of October 2007

_____
NOTARY PUBLIC

Lisa M. Morales
Notary Public, State of New York
No. 01MO6162004
Qualified in the Bronx
Commission Expires Feb. 26, 2011