# EXHIBIT "B"

Shipper Insert Name, Address and Phone

HULUDAO CITY STEEL PIPE INDUSTRIAL COMPANY,
CISHAN VILLAGE, LONGGANG
DISTRICT, HULUDAO CITY,LIAONING PROVINCE,CHINA

Consignee Insert Name, Address and Phone

TO ORDER OF BANK OF AMERICA

Notify Party Insert Name, Address and Phone

UNIWIRE TRADING LLC,   509 MADISON AVENUE,
STE 902,NEW YORK, NY 10022.

| Pre-carriage by | | Place of receipt * |
|---|---|---|
| Vessel WLADYSLAW ORKAN | Voy V.15 | Flag |
| Port of Loading TIANJIN ,CHINA | Port of Discharge NEW ORLEANS,LA | Place of destination * |

# BILL OF LADING

FOR COMBINED TRANSPORT OR
PORT TO PORT SHIPMENTS

Ref. No.

B/L No.   CPJQOR15TXGNEW02

## CHINESE-POLISH JOINT STOCK SHIPPING COMPANY

| HEAD OFFICE | BRANCH OFFICE |
|---|---|
| 55 YANAN ROAD EAST | ŚLĄSKA 17 STR. |
| 200002 SHANGHAI, CHINA | 81-319 GDYNIA, POLAND |
| POB: 002-047 | POB: 226 |
| PHONE: (86-21) 63360108 | PHONE: (48-58) 628 65 25 |
| FAX: (86-21) 63361997 | FAX: (48 58) 628 65 55 |
| E-MAIL: SHIPPING@CHIPOLBROK.COM.CN | E-MAIL: SHIPPING@CHIPOLBROK.COM.PL |

No. of Original Bs/L   THREE

| Marks and Nos | Number and Kind of Pkgs: Description of Goods | Gross weight   kg | Measurement CBM |
|---|---|---|---|
| HLD/SIZE/NO.OF PIECES PER BUNDLE/NEW ORLEANS MADE IN CHINA | 1931BUNDLES 103136PCS   NEWLY PRODUCED PRIME QUALITY GALVANIZED PIPE ASTM A 53 A PLAIN SQUARE CUT END   L/C NUMBER 64416858 | 1739.213MT | |

ON BOARD
S.G.A.

SHANGHAI

NORTON LILLY INTL
400 POYDRAS STREET SUITE 1780
NEW ORELANS,LA 70130
TEL: 504-581-4141
FAX:504-581-2122
E-mail:NO-OPS@NORTONLILLY.COM
PORT MANAGER KLINE SACK-DIRECT LINE 504-680-4331
PLS KINDLY BE GUIDED ACCORDINGLY

CLEAN ON BOARD
FREIGHT PREPAID

TOTAL:ONE THOUSAND NINE HUNDRED AND THRITY-ONE BUNDLES ONLY

particulars declared by shipper

**General Clause**
The Merchant hereby expressly accepts and agrees to all printed, written or stamped terms of this Bill of Lading including those on the back hereof, notwithstanding the non-signing of this Bill of Lading by the Merchant.

in the event of carriers insurance increasing The war risk
premiums located at
current war risk exclusions issued by finance national
underwriters association of london the carrier reserve
the right without prior notice to the merchant to impose
an additional extra risk surcharge the surcharge is
payable whether or not the carriage has commenced
and freight is prepaid or collect.

Received by the Carrier from the Shipper in apparent good order and condition/unless otherwise noted herein/the total numbers or quantity of Containers or other packages or units indicated above stated by the Shipper to comprise the cargo specified above for transportation.

**Law and Jurisdiction Clause**
Any claim or action against the Carrier arising from or in connection with this Bill of Lading whether in breach of contract or in tort or otherwise shall be exclusively governed by Polish law and brought before District Court in Gdansk.

One of the Bills of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.
IN WITNESS whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished the others to be void.

| Container Nos | Seal Nos | Freight and Charges | | |
|---|---|---|---|---|
| Containers shipped on terms | | Freight Payable at | Place and date of issue TIANJIN | |
| * Applicable only when this document is used as a Combined Transport Bill of Lading. | | Cargo value if declared | Signed for the Carrier | |

上海巴尔国际船务代理有限公司
SHANGHAI-GDYNIA INTERNATIONAL
TRANSPORTATION AGENCY CO.,LTD.

AGENT FOR THE CARRIER

ORIGINAL

Shipper Insert Name, Address and Phone

**BILL OF LADING**

FOR COMBINED TRANSPORT OR
PORT TO PORT SHIPMENTS

WAI MING (TIANJIN) INTERNATIONAL TRADING CO. LTD.,
NO.2409 TIANXING RIVER FRONT SQUARE,NO.81 11-JING
ROAD,HEDONG DISTRICT,TIANJIN,CHINA .

Ref. No.

CPJOOR15TXGNEW03
B/L No.

## CHINESE-POLISH JOINT STOCK SHIPPING COMPANY

Consignee Insert Name, Address and Phone

TO ORDER OF BANK OF AMERICA

Notify Party Insert Name, Address and Phone

| | |
|---|---|
| **HEAD OFFICE** | **BRANCH OFFICE** |
| 55 YANAN ROAD EAST | ŚLĄSKA 17 STR. |
| 200002 SHANGHAI, CHINA | 81-319 GDYNIA, POLAND |
| POB: 002-047 | POB: 226 |
| PHONE: (86-21) 63360108 | PHONE: (48-58) 628 65 25 |
| FAX: (86-21) 63361997 | FAX: (48 58) 628 65 55 |
| E-MAIL: SHIPPING@CHIPOLBROK.COM.CN | E-MAIL: SHIPPING@CHIPOLBROK.COM.PL |

UNIWIRE TRADING LLC,509 MADISON AVENUE,STE 902,
NEW YORK,NY 10022

| Pre-carriage by | Place of receipt * |
|---|---|
| | |

| Vessel | Voy | Flag |
|---|---|---|
| WLADYSLAW ORKAN | V.15 | |

| Port of Loading | Port of Discharge | Place of destination * | No. of Original Bs/L |
|---|---|---|---|
| XINGANG ,CHINA | NEW ORLEANS,LA | | THREE |

| Marks and Nos | Number and Kind of Pkgs: Description of Goods | Gross weight   kg | Measurement CBM |
|---|---|---|---|
| N/M | 2720BUNDLES    GALVANIZED ERW PIPES | 2303550.5KGS | 2303M3 |

*(particulars declared by shipper)*

NORTON LILLY INTL
400 POYDRAS STREET SUITE 1760
NEW ORELANS,LA 70130
TEL: 504-581-4141
FAX:504-581-2122
E-mail:NO-OPS@NORTONLILLY.COM
PORT MANAGER KLINE SACK-DIRECT LINE 504-680-4338
PLS KINDLY BE GUIDED ACCORDINGLY

CLEAN ON BOARD 2 8 APR 2006
FREIGHT PREPAID
L/C NUMBER 64416860

ORIGINAL

ON BOARD
S.Q.A.

SHANGHAI
2 8 APR 2006

### TOTAL:TWO THOUSAND SEVEN HUNDRED AND TWENTY BUNDLES ONLY

**General Clause**

The Merchant hereby expressly accepts and agrees to all printed, written or stamped terms of this Bill of Lading including those on the back hereof, notwithstanding the non-signing or this Bill of Lading by the Merchant.

In the event of carriers insurance increasing the war risk surcharge on all vessels trading any areas located at current war risk exclusions issued by the international underwriters association of london,the carrier reserve the right without prior notice to the merchant to impose an additional extra risk surcharge,the surcharge is payable whether or not the carriage has commenced and freight is prepaid or collect

| Container Nos. | Seal Nos. | Freight and Charges |
|---|---|---|
| | | |

Received by the Carrier from the Shipper in apparent good order and condition/unless otherwise noted herein/the total numbers or quantity of Containers or other packages or units indicated above stated by the Shipper to comprise the cargo specified above for transportation.

**Law and Jurisdiction Clause**

Any claim or action against the Carrier arising from or in connection with this Bill of Lading whether in breach of contract or in tort or otherwise shall be exclusively governed by Polish law  and brought before District Court in Gdansk.

One of the Bills of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.
IN WITNESS whereof this Bill of Lading has been signed in the number indicated above, one of which being accomplished the other/s/to be void.

| Containers shipped on terms | Freight Payable at | Place and date of Issue |
|---|---|---|
| | | TIANJIN  2 8 APR 2006 |

**AS AGENT FOR THE CARRIER:**

| * Applicable only when this document is used as a Combined Transport Bill of Lading. | Cargo value if declared | Signed for the Carrier |
|---|---|---|
| | | **CHINESE-POLISH JOINT STOCK SHIPPING COMPANY** |