# EXHIBIT "E"

297-06/ROSS

Freehill Hogan & Mahar, LLP
Attorneys for CHINESE-POLISH
JOINT STOCK SHIPPING COMPANY and
STEMBLAR SHIPPING COMPANY LIMITED
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNIWIRE TRADING LLC,

               Plaintiff

    - against -

M/V WLADYSLAW ORKAN, her engines,
boilers, etc., CHINESE-POLISH JOINT
STOCK SHIPPING COMPANY and
STEMBLAR SHIPPING COMPANY LIMITED,

               Defendants.
------------------------------------------------------------

ECF Case

**VERIFIED CLAIM OF OWNER**

07 CV 3427 (NRB)

      Claimant, STEMBLAR SHIPPING COMPANY LIMITED (hereinafter "STEMBLAR"), by way of restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8), intervenes as the ownership interest of the M/V WLADYSLAW ORKAN and make claim to the M/V WLADYSLAW ORKAN, her tackle, engines, etc., as the same had been threatened to be arrested by the Plaintiff herein. Claimant STEMBLAR avers that it was at the time of the filing of the Complaint herein and still is the true and *bona fide* owners of the M/V WLADYSLAW ORKAN.

NYDOCS1/284245.1

The appearance of STEMBLAR, as Claimant herein, as expressly restricted to the defense of the IN REM action against Defendant M/V WLADYSLAW ORKAN pursuant to the provisions of Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure and the appearance shall not constitute an appearance for any other claim or purpose.

WHEREFORE, Claimant prays to defend accordingly.

DATED:   New York, New York
         May 31, 2007

>                                   FREEHILL HOGAN & MAHAR, LLP
>                                   Attorneys for STEMBLAR SHIPPING
>                                   COMPANY LIMITED
>                                   the Owners of the M/V WLADYSLAW ORKAN
>
>                              BY:  _____
>                                   James L. Ross
>                                   80 Pine Street
>                                   New York, New York 10005
>                                   (212) 425-1900

TO:  Nicoletti Hornig Campise & Sweeney
     Attorneys for Plaintiff UNIWIRE TRADING LLC
     Attention: James F. Sweeney, Esq.
     Wall Street Plaza
     88 Pine Street, 7th Floor
     New York, New York 10005
     (212) 220-3830