# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIWIRE TRADING LLC,

                      Plaintiff,             Case No.: 07 CV 3427 (NRB)

      - against -                           **DECLARATION OF**
                                               **KRZYSZTOF PIOTR**
M/V WLADYSLAW ORKAN, her engines,      **KOCHANOWSKI**
boilers, etc., CHINESE-POLISH JOINT
STOCK SHIPPING COMPANY and
STEMBLAR SHIPPING COMPANY,

                    Defendants.
------------------------------------------------------------X

      Pursuant to 28 U.S.C. § 1746, KRZYSZTOF PIOTR KOCHANOWSKI declares as follows:

      1.     I am a maritime attorney, resident in Poland. I am admitted to the courts of Poland since the year 1993. Since that time, I have been exclusively engaged in the practice of maritime and shipping law in Poland. I am the principal and leading member of the firm Mar-Consult, located in Gdynia, Poland – www.mar-consult.com.

      2.     Even though the Hague-Visby Rules are applicable in Poland, Polish law does not recognize an *in rem* claim against the carrying vessel for cargo damage. Cargo plaintiffs have no *in rem* rights whatsoever against the carrying vessel. Moreover, under Polish law, there is no *in rem* jurisdiction over the vessel for cargo damage claims. As a result, there has never been an instance, in the Polish courts, where a judgment has ever been issued against a vessel *in rem*. Accordingly, the June 22, 2006 Letter of Undertaking would be entirely moot in Poland, as no judgment or decree would ever issue, and thus the Letter of Undertaking secures nothing.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 31st October, 2007
Gdynia, Poland

KRZYSZTOF KOCHANOWSKI
radca prawny
nr wpisu Gd.-1163

KRZYSZTOF PIOTR KOCHANOWSKI

KANCELARIA RADCY PRAWNEGO
*Krzysztof Kochanowski*
„Mar - **Consult**"
ul. T. Wendy 15, 81-963 Gdynia
tel. 058 - 661 21 42, fax 058 - 621 88 75
NIP 584-123-54-77, Regon 191792636

X:\Public Word Files\07247\LEELA\Kochanowski Declaration ss.doc

- 2 -