# EXHIBIT "G"

NYDOCS1/294213.1

# Nicoletti Hornig Campise & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
JAMES F. CAMPISE †∆
FRANK M. MARCIGLIANO
MICHAEL J CARCICH
ROBERT A. NOVAK
THOMAS M. RITTWEGER †
BARBARA A. SHEEHAN
TERRY L. STOLTZ
GEOFFREY J. GINOS
NOOSHIN NAMAZI †
DAVID Y. LOH º

SAMUEL C. COLUZZI †
LAWRENCE C. GLYNN †
VAL WAMSER †
EDWARD L. DOHERTY
KEVIN J. O'MALLEY
GUERRIC RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ▽
SCOTT D. CLAUSEN†
JANA SPERRY †⌃

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
º ALSO ADMITTED IN MASSACHUSETTS
∆ ALSO ADMITTED IN FLORIDA
▽ ALSO ADMITTED IN CONNECTICUT
⌃ ALSO ADMITTED IN NORTH CAROLINA

WALLSTREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE   212-220-3830
TELECOPIER   212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE   201-343-0970
TELECOPIER   201-343-5882

June 22, 2006

Writer's direct dial: 212-220-3839
Direct e-mail: lglynn@nicolettihornig.com

*(Facsimile Transmission - 4 Pages)*

## URGENT

**VIA FACSIMILE (212) 425-1901**
**& HAND DELIVERY**
Freehill, Hogan & Mahar
80 Pine Street
New York, New York 10005
Attn:  James L. Ross, Esq.
       Lawrence J. Kahn, Esq.

| Re: | | |
|---|---|---|
| | **Bills of Lading:** | CPJQOR15TXGNEW02 |
| | | CPJQOR15TXGNEW03 |
| | **Vessel:** | M/V Wladyslaw Orkan |
| | **At New York:** | Due on June 22, 2006 |
| | **Shipment:** | Galvanized Pipe |
| | **Nature of Claim:** | Rust and Physical Damage |
| | **Amount:** | $175,000.00 |
| | **Your Reference No.:** | Please Advise |
| | **NHC&S Reference No.:** | 92000047JFS/LCG |

Dear Sirs:

We hereby demand a P&I Club Letter of Undertaking in the amount of $175,000.00, inclusive of interest and costs to stand as security for the above referenced cargo claims. The subject bills of lading numbers are **CPJQOR15TXGNEW02 & CPJQOR15TXGNEW03**. We enclose herewith the **revised** standard form Letter of Undertaking with language acceptable to underwriters.

June 22, 2006
page 2

Please confirm the P&I Club's commitment to post a Letter of Undertaking in the aforesaid amount by close of business.

Very truly yours,

NICOLETTI HORNIG CAMPISE & SWEENEY

By: Lawrence C. Glynn

LCG
Enc.

# [P&I CLUB LETTERHEAD]

### LETTER OF UNDERTAKING

To:

Uniwire International Ltd.
& Their Underwriters
c/o Nicoletti Hornig Campise & Sweeney
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801

|  |  |  |
|---|---|---|
| Re: | Bills of Lading: | CPJQOR15TXGNEW02 |
|  |  | CPJQOR15TXGNEW03 |
|  | Vessel: | M/V Wladyslaw Orkan |
|  | At New York: | Due on June 22, 2006 |
|  | Shipment: | Galvanized Pipe |
|  | Nature of Claim: | Rust and Physical Damage |
|  | Amount: | $175,000.00 |
|  | Your Reference No.: | Please Advise |
|  | NHC&S Reference No.: | 92000047.JFS/LCG |

Dear Sirs:

In consideration of you and/or your Assignees/Subrogees not arresting the **M/V WLADYSLAW ORKAN** in connection with suit which you intend to institute or have instituted in the Southern District of New York or other competent court, for alleged damage to a shipment of galvanized steel pipe shipped from under Bills of Lading Nos. **CPJQOR15TXGNEW02 & CPJQOR15TXGNEW03** arriving in New Orleans on or about June 16, 2006, and in further consideration of your not <u>arresting or re-arresting and/or interfering in any other way with the use or trading of the above ship or any other ship or property or asset in the same or associated ownership or management</u>, the undersigned Association hereby agrees:

1) To file or cause to be filed a claim of owner of the **M/V WLADYSLAW ORKAN** in the event suit is commenced in the United States District Court for the Southern District of New York, and agreement that the United States District Court for the Southern District of New York is the proper venue for said action.

2) In the event a final decree (after appeal, if any) be entered in favor of the plaintiff against the **M/V WLADYSLAW ORKAN**, then the undersigned Association agrees

        to pay and satisfy up to the sum of **US$175,000.00** inclusive of interest and costs the said final decree or any lesser amount decreed by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned Association, without any final decree being rendered.

3)     Upon demand, to cause to be filed a bond in form and sufficiency of surety satisfactory to you or to the Court in the above amount, securing your claim against the said vessel, the amount of such bond not to exceed the amount stated in sub-paragraph 2 above.

4)     In the event the bond referred to in sub-paragraph 3, above, is filed, the undersigned Association shall have no further obligation under sub-paragraph 2 above.

        This letter is written entirely without prejudice as to any rights or defenses which the said vessel or Owners may have under the covering Bill(s) of Lading and/or Charter Parties and/or statutes in effect, none of which is to be regarded as waived.

---

West of England P&I