BUCHWALD, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York  10005-1801
(212) 220-3830
(FILE NO.: 92000047  JFS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNIWIRE TRADING LLC,

                                 Plaintiff,

                - against -

M/V WLADYSLAW ORKAN, her engines,
boilers, etc., CHINESE-POLISH JOINT
STOCK SHIPPING COMPANY and
STEMBLAR SHIPPING COMPANY,

                                Defendants.
--------------------------------------------------------------X

07 Civ. 3427  (NRB)

**STIPULATION AND ORDER**
**OF DISCONTINUANCE**

        The above-entitled action having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the action be discontinued, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, and without costs.

Dated: New York, New York
      July **15**, 2008

NICOLETTI HORNIG & SWEENEY
  Attorneys for Plaintiff

By: _____
    James F. Sweeney (JFS-7745)
    88 Pine Street
    Wall Street Plaza
    New York, New York 10005-1801
    212) 220-3830
    (FILE NO.: 92000047 JFS)

FREEHILL HOGAN & MAHAR
  Attorneys for

By: _____
    James L. Ross, Esq. (JR-6411)
    80 Pine Street
    New York, New York 10005
    (212) 425-1990

SO ORDERED:

_____
    U. S. D. J.

7/17/08

X:\Public Word Files\92H7\LEGAL\sonu\30 DAY ORDER-STIP (aan).doc

- 2 -